```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLSHAN FROME WOLOSKY, LLP,
                        Plaintiff(s)
                                                                    23 civ 8596 (JGK)
        -against-

BRET RATNER,
                        Defendant(s).
-----------------------------------------------------------X
```

## ORDER

The parties shall submit a Rule 26(f) statement by **February 21, 2024**.

The conference scheduled for January 31, 2024 is canceled.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　　**JOHN G. KOELTL**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
　　　　January 24, 2024