```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

OLSHAN FROME WOLOSKY, LLP,

        Plaintiff,

  - against -

BRETT RATNER,

        Defendant.

---

23-cv-8596 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by **February 12, 2024.**

SO ORDERED.

Dated:   New York, New York
          January 29, 2024

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge