```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

OLSHAN FROME WOLOSKY LLP,

        Plaintiff,

   - against -

BRETT RATNER,

        Defendant.

------------------------------------------------

23-cv-8596 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to restore this case to the calendar is extended to **February 10, 2025**.

SO ORDERED.

Dated:   New York, New York
           January 23, 2025

                              /s/ John G. Koeltl
                              John G. Koeltl
                         United States District Judge