EPSTEIN | OSTROVE
A LIMITED LIABILITY COMPANY

Elliot D. Ostrove
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7761

January 31, 2025

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Attn: Filing Clerk

**Re:** ***Olshan Frome Wolosky LLP v. Brett Ratner***
**Case No.: 1:23-cv-08596-JGK**

Dear Judge Koeltl:

We represent Defendant, Brett Ratner ("Defendant"), in connection with the above-referenced matter, however, we submit this letter jointly with Plaintiff to respectfully request that Your Honor "So Order" the Stipulation submitted herewith.

On November 21, 2024, the parties participated in a mediation at which certain settlement terms were reached. Pursuant to those terms, periodic, quarterly, payments will be made between now and March 31, 2026. The settlement agreement further provides that, in the event of an "Event of Default," an agreed upon form of Judgment is to be entered by the Court – all of which is more specifically described in the Stipulation submitted herewith.

On January 23, 2025, Counsel for the parties participated in a phone conference with Your Honor to discuss the settlement. We have now agreed upon the terms of the Stipulation submitted herewith based on the conversation we had during that call.

As such, in furtherance of the settlement, and consistent with the conversation during the conference with Your Honor, the parties hereby jointly submit the proposed form of Stipulation of Dismissal, included in which is a provision that the Court will retain jurisdiction over this matter for the purpose of entering and enforcing the agreed upon Judgment in the Event of Default.

If the Stipulation meets with Your Honor's approval, the parties jointly and respectfully request that it be So Ordered so that the settlement agreement can be finalized.

We thank Your Honor for the time and attention to this matter.

Respectfully submitted,
EPSTEIN OSTROVE, LLC

By: ______________________
ELLIOT D. OSTROVE

EDO/slw

cc: Scott Shaffer, Esq. (via e-mail SShaffer@olshanlaw.com)
Thomas Fleming, Esq. (via e-mail TFleming@olshanlaw.com)