Case 1:23-cv-08596-JGK Document 28-1 Filed 01/31/25 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLSHAN FROME WOLOSKY LLP,<br>Plaintiff,<br>-against-<br>BRETT RATNER,<br>Defendant. | Index No.: 23-cv-08596-JGK<br>**STIPULATION OF SETTLEMENT AND DISCONTINUANCE** |

**WHEREAS**, on September 23, 2023, Olshan Frome Wolosky LLP (hereinafter, "Olshan") commenced this action against Brett Ratner ("Ratner") (together, "the Parties");

**WHEREAS**, Ratner denied all of Olshan's claims, asserted Separate Defenses, and asserted Counterclaims against Olshan and Olshan in turn served a Reply denying Ratner's Counterclaims

**WHEREAS**, on November 21, 2024, the Parties participated in a Mediation Conference before Donald Rose, Esq. at which time they agreed to the material terms of a settlement;

**WHEREAS**, the Parties later entered into a Settlement and Forbearance Agreement effective November 21, 2024, that contemplates the filing of this Stipulation;

**WHEREAS**, pursuant to the Settlement and Forbearance Agreement, a judgment has been executed (the "Judgment");

**WHEREAS**, the Settlement and Forbearance Agreement permits the entry of the Judgment upon an Event of Default, as that term is defined in the Settlement and Forbearance Agreement;

Case 1:23-cv-08596-JGK Document 28-1 Filed 01/31/25 Page 2 of 3

**WHEREAS**, the Parties desire the Court to retain jurisdiction over this matter for the purpose of permitting the filing, entry and enforcement of the Judgment upon an Event of Default, as that term is defined in the Settlement and Forbearance Agreement;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective Parties, that:

1. The Parties are prepared to enter into a Settlement and Forbearance Agreement that includes a periodic payment plan under which quarterly payments are to be made on December 31, 2024, March 31, June 30, September 30 and December 31, 2025 and March 31, 2026.

2. In the event that an Event of Default, as that term is defined in the Settlement and Forbearance Agreement, occurs, the Settlement and Forbearance Agreement provides that the Judgment may be filed with the Court with an affidavit attesting to the Event of Default and the Judgment shall there upon be entered.

3. The Parties agree that service of the Judgment and affidavit on their/his counsel of record through the Court's electronic filing system is good and sufficient notice to the other Party.

4. Ratner hereby discontinues all Counterclaims with prejudice.

5. Olshan hereby discontinues its claims without prejudice.

6. Each party shall bear its own costs, expenses, and attorney's fees incurred in the case.

7. The Court shall retain jurisdiction to permit the filing, entry and enforcement of the Judgment consistent with the above provisions and the Settlement and Forbearance Agreement.

Case 1:23-cv-08596-JGK Document 28-1 Filed 01/31/25 Page 3 of 3

Dated: New York, New York
January 31, 2025

**AGREED AND STIPULATED BY:**

By: */s/ Scott Shaffer*
OLSHAN FROME WOLOSKY LLP
Thomas J. Fleming
Scott Shaffer
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
E-mail: tfleming@olshanlaw.com;
sshaffer@olshanlaw.com

*Attorneys for Plaintiff*

By: */s/ Elliot D. Ostrove*
EPSTEIN OSTROVE LLC
Elliot Ostrove
200 Metroplex Drive, Suite 304
Edison, NJ 08817
Tel: (732) 820-7761
E-mail: e.ostrove@epsteinostrove.com

*Attorneys for Defendant*

**SO ORDERED:**

John G. Koeltl
The Honorable John G. Koeltl
United States District Judge

Dated: 2/3/25



12772473-1